COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      Jim P. Benge, M.D. and Kelsey-Seybold Medical Group PLLC  v.
                          Lauren Williams

Appellate case number:   01-12-00578-CV

Trial court case number:  1052657

Trial court:              164th District Court of Harris County

Date motion filed:        January 30, 2015

Party filing motion:      Appellee Lauren Williams

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ ___Harvey Brown_____
                          ☒ Acting Individually ☐ Acting for the Court

Panel consists of: Justices Keyes, Bland, and Brown

Justice Keyes, dissenting to the denial of rehearing.



Date:  September 22, 2015